**ORIGINAL**

S

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

OCT 28 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| JULIE A. MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 2:04-CV-0109-RWS |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

NOV - 4 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Julie A. Munoz, as evidenced by the signature of her attorney below, DISMISSES WITH PREJUDICE all claims against Bank of America, N.A. that were or could have been raised by her in the above-styled lawsuit. Each party will bear its own costs and fees.

Submitted this 4th day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE

ATI-2131652v1

15

| | |
|---|---|
| /s/ K. Prabhaker Reddy | /s/ Mark S. Johnson |
| K. Prabhaker Reddy | Dan T. Carter |
| (Georgia Bar No. 597320) | (Georgia Bar No. 113850) |
| THE REDDY LAW FIRM, P.C. | Theresia M. Moser |
| 17 Executive Park Drive | (Georgia Bar No. 526514) |
| Suite 420 | Mark S. Johnson |
| Atlanta, Georgia 30329 | (Georgia Bar No. 395049) |
| Telephone: (404) 320-9393 | JONES DAY |
| Facsimile: (404) 320-7422 | 1420 Peachtree Street, N.E. |
| | Suite 800 |
| Attorney for Plaintiff | Atlanta, Georgia 30309-3053 |
| Julie A. Munoz | Telephone: (404) 521-3939 |
| | Facsimile: (404) 581-8330 |
| | |
| | Attorneys for Defendant |
| | Bank of America, N.A. |